**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Michael Davis, and Chynita Davis, as Parents and Next Friends of Jalen Davis, a Minor,<br><br>               Plaintiffs,<br>vs.<br><br>David Billings, M.D., and Trinity Medical Center, a not-for-profit corporation,<br><br>               Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 4:08-cv-19 |

_____

Before the Court is a "Stipulation of Dismissal" filed on April 17, 2008. See Docket 14. The parties have stipulated that the above-entitled action be dismissed without prejudice and without costs or disbursements to any party. The Court adopts the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2008.

                                              */s/ Daniel L. Hovland*
                                              Daniel L. Hovland, Chief Judge
                                              United States District Court